UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 10-1037(DSD/XXX)

Mark Ehianeta Arhebamen,
also known as McMaine
Allen O'Georgia,

        Plaintiff,

v.                                                       **ORDER**

Federal Bureau of Prisons,
Federal Medical Center and
United States Attorney General,

        Defendants.

This matter is before the court upon the pro se motion of plaintiff Mark Ehianeta Arhebamen to dismiss and to waive and refund the filing fee. Arhebamen is a state prisoner who filed this action under 42 U.S.C. § 1983.

Arhebamen first moves to dismiss this action. See ECF No. 20. A plaintiff may dismiss an action when, as here, the opposing party has not filed an answer or summary judgment motion. See Fed. R. Civ. P. 41(a). Therefore, this action is dismissed. Arhebamen also moves to waive and refund the filing fee.[1] A prisoner who brings a civil action must pay the full filing fee. See 28 U.S.C. § 1915(b) ("[I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee."); In re Tyler, 110 F.3d 528, 529-30 (8th Cir. 1997) ("[T]he PLRA makes prisoners responsible for their

---

[1] Arhebamen paid an initial partial filing fee of $19.63 on April 23, 2010. See ECF No. 16.

filing fees the moment the prisoner brings a civil action or files an appeal."). Accordingly, **IT IS HEREBY ORDERED** that the motion to waive and refund filing fees [ECF No. 20] is denied, and this action is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 3, 2011

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court